120 P.3d 735

# SUPREME COURT OF HAWAI'I

State v. Gaston ................... 26849   09/12/2005  Denied     108 Hawai'i 308, 119 P.3d 616

State v. Myers ................... 25349   09/09/2005  Denied     108 Hawai'i 300, 119 P.3d 608